**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 25, 2017.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-17-00526-CV**

---

**IN RE JULIA POFF, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court**
**Waller County, Texas**
**Trial Court Cause No. C17-038**

---

## MEMORANDUM OPINION

On July 6, 2017, relator Julia Poff filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the County Court at Law of Waller County, Texas to reverse an "Order on Statement of Inability to Pay (Appeal)"

signed by the Justice Court, Precinct No. 4 of Waller County, Texas on April 4, 2017, which sustained a contest to relator's statement of inability to pay an appeal bond.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relator has the burden of providing this court with a sufficient record to establish his right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding.").

Relator has not established that she is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.